IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN BLAIR OLSEN,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF PROBATION<br><br><br>Case No. 1:03-CR-39 TS |

This matter is before the Court on a letter dated February 17, 2006, which the Court construes as Defendant Shawn Blair Olsen's *Pro Se* Motion for Early Termination of Probation.[1] The government has not filed a response. Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

---

[1] Docket No. 41.

1

## BACKGROUND

On December 4, 2003, Defendant pleaded guilty to Providing False Information in Acquisition of a Firearm.  Defendant was sentenced on March 1, 2004, to 36 months probation and ordered to pay a $500 fine and a $100 special assessment fee.  Judgment was entered on March 3, 2004.

## DISCUSSION

18 U.S.C. §§ 3564(c) permits the Court to terminate probation prior to completion of the entire term of probation, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's probation supervising officer.  It appears that Defendant has paid his fine and special assessment fee in full.  It also appears that Defendant has been fully compliant with his other terms of probation, including treatment.  This supervision history has resulted in a favorable recommendation from Defendant's probation officer.

Therefore, the Court finds that early termination of Defendant's term of probation is both warranted by the conduct of the offender and is in the interest of justice.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Probation (Docket No. 41) is GRANTED.  It is further

ORDERED that Defendant's term of probation shall be terminated effective immediately, and this case shall be closed.

SO ORDERED.

DATED this 28th day of February, 2006.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge